# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA - Phoenix

**MAGISTRATE JUDGE'S MINUTES**

DATE: 11/19/2009    CASE NUMBER: 09-06520M-001

USA vs. Benjamin Pena

U.S. MAGISTRATE JUDGE: DAVID K. DUNCAN    #: 70BL

A.U.S. Attorney Darcy A. Cerow    INTERPRETER Jennifer Morse (Sworn)
LANGUAGE American Sign Lang

Attorney for Defendant Carmen L. Fischer (Appointed)
MATERIAL WITNESS(es):
MATERIAL WITNESS(es) state true name(s) to be:
Attorney for Material Witness(es):

DEFENDANT: ☒ PRESENT   ☐ NOT PRESENT   ☒ CUSTODY

DOA 11/19/2009
- ☒ Initial Appearance
- ☒ Appointment of counsel hearing held
- ☒ Financial Afdvt taken
- ☐ Defendant Sworn
- ☐ Financial Afdvt sealed
- ☒ Rule 5(c)(3)
- ☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

**DETENTION HEARING:**
☐ Held   ☐ Con't   ☒ Submitted   ☐ Reset
Set for:
Before:
- ☐ Defendant ordered temporarily detained in the custody of the United States Marshal
- ☒ Defendant ordered released O/R with conditions
- ☐ Defendant continued detained pending trial

**IDENTITY HEARING:**
☐ Held   ☐ Con't   ☐ Submitted   ☐ Reset
☒ Waived
Set for:
Before:
- ☐ Warrant of removal issued.

**PRELIMINARY HEARING:** Reserved for Prosecuting District
☐ Held   ☐ Con't   ☐ Submitted   ☐ Reset
☐ Waived
Set for:
Before:
- ☐ Probable cause found   ☐ Dismissed
- ☐ Held to answer before District Court

**STATUS HEARING:** re:
☐ Held   ☐ Con't   ☐ Reset
Set for:
Before:

Other:

IA: 1 min
ID: 1 min
DH: 2 min

Recorded by Courtsmart
BY: Michele Morgan
Deputy Clerk