AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF __Arizona__

FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 1 9 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

UNITED STATES OF AMERICA

V.

__Benjamin Pena__
Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: __09-6520 M-1__

CHARGING DISTRICTS
CASE NUMBER: __09CR858 (JAP)__

I understand that charges are pending in the _____ District of __New Jersey__ alleging violation of __18 USC 371, 287, 1349, 1341__ (Title and Section) __2 & 982__ and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution;

(4) a detention hearing to determine whether I can be released pending further proceedings; and

(5) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(☒) identity hearing

( ) preliminary hearing

(☒) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

( ) I reserve my right to have a detention hearing in the prosecuting district.

( ) detention hearing

__11-19-09__
Date

_/s/_ Defendant

_/s/_ Defense Counsel