# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U.S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

November 23, 2009

Clerk of Court
U.S. District Court
402 E. State Street
Trenton, NJ 08608

RE: USA v. Benjamin Pena, et al.
Your case number: CR 09-858-JAP
Arizona case number: 09-06520M-001

Dear Clerk of the Court:

The above charge originated in your district. The defendants have appeared before Magistrate Judge David K. Duncan in Phoenix, Arizona. The following action has been taken.

☒ THE DEFENDANTS HAVE BEEN ORDERED TO APPEAR IN THE CHARGING DISTRICT ON: 12/15/09 at 11:30 AM.

Defendants were ordered to surrender their passports as a condition of their release and did so on Friday, November 20, 2009. Passports and copies of notices for Benjamin Pena (1), Robert K. Rubeck (2), and Tamara Frankel (3) are enclosed. FedEx Tracking Number is 8695 9884 0746.

Please acknowledge receipt on the enclosed copy of this letter and return to the Phoenix office.

Sincerely,

RICHARD H. WEARE,
CLERK OF COURT/DISTRICT COURT EXECUTIVE

By: s/J. Rosales
Joanna Rosales
Deputy Clerk

**RECEIVED**
DEC 02 2009
U.S. PRETRIAL SERVICES
TRENTON, NEW JERSEY

Enclosures

*Colleen O'Donnell*

The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.